# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

Marilyn Kelly,
Chief Justice

137467

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 137467
COA: 247391
Jackson CC: 02-002915-FC

KATHERINE SUE DENDEL a/k/a
KATHERINE SUE BURLEY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 11, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Melendez-Diaz v Massachusetts*, __ US __; 128 S Ct 1647; 170 L Ed 2d 352 (March 17, 2008), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that this case be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

Clerk

p0217